UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM                                   CIVIL ACTION NO.

v.

CHET MORRISON BUILDING                           JUDGE:
CONSTRUCTION, LLC                                Magistrate Judge:

## COMPLAINT FOR MAINTENANCE AND CURE

### Jurisdiction and venue

1. Jurisdiction for this action is based on the General Maritime Law. Defendant, Chet Morrison Building Construction, LLC, is a Louisiana corporation with its principal place of business at 9 Dularge Rd, Houma, La 70363.

### Parties

2. Plaintiff, Wesley Bickham, from 2004 to July 25, 2008 was a Jones Act seaman in the employ of defendant aboard the Stephanie Morrison owned by defendant.

### Cause of action

3. As a result of his continuous service on board the Stephanie Morrison, plaintiff has suffered torn cartilage in both his knees which has rendered him unable to work as a seaman and will require medical care and treatment.

4. Accordingly, he is entitled to maintenance and cure benefits from the date of his last service until such time as he achieves maximum medical improvement.

### Relief sought

5. Plaintiff seeks all legal and equitable relief and costs.

Respectfully submitted,
/s/ J Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
504/832-0585

PLEASE DO NOT ISSUE SUMMONS
NOTICE & WAIVER WILL BE USED.