```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WESLEY BICKHAM | CIVIL ACTION |
| VERSUS | NO: 10-1952 |
| CHET MORRISON BUILDING CONSTRUCTION, LLC | SECTION: "A" (3) |

**MINUTE ENTRY (JS-10: <u>20</u>)**

On Thursday, June 9, 2011, the Court held a status conference with the following counsel in attendance:  J. Courtney Wilson for Plaintiff; Robert Reich for Defendant.  The Court set the conference in light of the Motion to Continue Trial and All Dates (Rec. Doc. 11) filed by Plaintiff.

At the conference counsel apprised the Court as to the status of the case.  Plaintiff will not return from offshore duties until the end of June.  Some of Plaintiff's medical providers have not acted expeditiously to provide medical records.  The Court ordered as follows.

Accordingly;

**IT IS ORDERED** that Plaintiff shall either produce his medical records to Defendant or issue a subpoena for the records no later than **June 30, 2011**;

**IT IS FURTHER ORDERED** that Defendant shall produce all medical records in its possession no later than <u>**June 30, 2011**</u>;

**IT IS FURTHER ORDERED** that Plaintiff's deposition shall be concluded by <u>**July 7, 2011**</u>;

**IT IS FURTHER ORDERED** that Plaintiff's oppositions to Defendant's **Motion for Summary Judgment (Rec. Doc. 8)** and **Motion to Dismiss (Rec. Doc. 9)** shall be filed by <u>**July 29, 2011**</u>.  The Clerk is instructed to reschedule the motions for the Court's <u>**August 3, 2011**</u>, submission date ON THE BRIEFS;

**IT IS FURTHER ORDERED** that the pre-trial conference scheduled for <u>**Thursday, August 4, 2011, at 2:00 p.m.**</u>, shall proceed as a status conference IN CHAMBERS to discuss the status of the case and to select a new trial date if necessary;

**IT IS FURTHER ORDERED** that the **Motion to Continue Trial and All Dates (Rec. Doc. 11)** filed by Plaintiff is **DENIED** without prejudice.

       * * * * * * *

*[Signature: Jay C. Zainey]*