UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WESLEY BICKHAM**                                                  **CIVIL ACTION NO. 10-1952**

**VERSUS**

**CHET MORRISON BUILDING**                          **JUDGE:**        "A"
**CONSTRUCTION, LLC**                                    **MAG:**          (3)

*************************************************************************

**O R D E R**

Considering the law and Motion of Counsel,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Chet Morrison's Motion for Leave to File Reply to Memorandum in Opposition to Motion for Summary Judgment be and hereby is granted.

**NEW ORLEANS, LOUISIANA**, this  3rd  day of  August , 2011.

_____
UNITED STATES DISTRICT JUDGE