```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WESLEY BICKHAM | CIVIL ACTION |
| VERSUS | NO: 10-1952 |
| CHET MORRISON BUILDING CONSTRUCTION, LLC | SECTION: "A" (3) |

### MINUTE ENTRY (JS-10: <u>18</u>)

On Thursday, August 4, 2011, the Court held a status conference with the following counsel in attendance:  J. Courtney Wilson for Plaintiff; Robert Reich for Defendant.  The Court set the conference as a follow-up to the June 9, 2011, status conference.

At the conference counsel apprised the Court as to the status of the case.  Both sides have some discovery to complete in preparation for trial.

The Court noted that the sole basis upon which this case is in federal court is the Court's admiralty jurisdiction, which gives neither party the right to a jury trial.  The Court therefore ordered that this case, which consists solely of a maintenance and cure claim, will be tried to the bench.

The Court discussed Defendants' two pending dispositive motions.  The Court DENIED the Motion to Dismiss (Rec. Doc. 9) which was grounded on the allegation that Plaintiff committed

perjury when completing his pauper application.  Defendant will be allowed to question Plaintiff about the allegedly false statements at trial.

The Court DENIED the Motion for Summary Judgment (Rec. Doc. 8), which was grounded on laches.  The defense of laches, particularly the prejudice prong, will be taken up by the Court in conjunction with the merits.

Accordingly;

**IT IS ORDERED** that the 2 day NON-JURY trial in this matter, currently set for **August 29, 2011**, is **CONTINUED** to **Thursday, February 2, 2012, at 10:00 a.m.**;

**IT IS FURTHER ORDERED** that the pre-trial conference is **SET** for **Thursday, January 19, 2012, at 3:00 p.m.** in chambers.  Counsel shall prepare in accordance with the previously-issued pre-trial notice;

**IT IS FURTHER ORDERED** that all discovery shall be concluded by **October 28, 2011**;

**IT IS FURTHER ORDERED** that Defendant's **Motion to Dismiss (Rec. Doc. 9)** and **Motion for Summary Judgment (Rec. Doc. 8)** are **DENIED**;

**IT IS FURTHER ORDERED** that Defendant shall be given the opportunity to conduct an IME and to depose Plaintiff's treating physician(s) and/or medical expert(s) prior to any surgery

2

related to the injuries at issue in this case;

**IT IS FURTHER ORDERED** that the parties are to contact the assigned magistrate judge for the scheduling of a settlement conference, said conference to take place no later than **September 30, 2011**.

* * * * * * *

*[Signature: Jay C. Zainey]*