KNOWLES, M.J.
SEPTEMBER 1, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WESLEY BICKHAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1952** |
| **CHET MORRISON BUILDING CONSTRUCTION, LLC** | **SECTION "A" (3)** |

## O R D E R

**IT IS ORDERED** that the **Settlement Conference** previously set in this matter at **2:30 P.M. on Tuesday, September 27, 2011** is hereby **RESET at 1:00 P.M.** ON September 27, 2011** before Magistrate Judge Daniel E. Knowles, III, **500 Poydras Street, Room B335, New Orleans, Louisiana**.

On or before September 22, 2011**, each party shall submit to the undersigned an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-4500.

Participation of parties is likely to increase the efficiency and effectiveness of the settlement conference.  Therefore, any party who resides or has a business address in the

Greater New Orleans area shall attend the conference in person with counsel. Parties from outside of the Greater New Orleans area shall be available by telephone for the duration of the settlement conference.

Relaxed business attire is permitted on Fridays.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**