UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM                             CIVIL ACTION NO. 10-1952

v.

CHET MORRISON BUILDING            JUDGE: ZAINEY
CONSTRUCTION, LLC                         Magistrate Judge: Knowles

## MEMORANDUM

Plaintiff's discovery sought production of (1) all records of falls by and injuries to plaintiff between January 1, 2006 to September 1, 2007 and (2) records of sea conditions for August 2007 on board the *Stephanie Morrison*. Defendant answered that (1) it never employed plaintiff and (2) does not own, operate, etc the *Stephanie Morrison*. This was the first time that defendant had breathed a work I this regard - it did not raise this in its answer or in its MSJ.

On August 28, 2011 plaintiff faxed defendant letter on August 28, 2011to ask it to reconsider its answers; no reply was received. After the settlement conference plaintiff again raised the issue. Defense counsel advised that it did not have the August letter and asked for another copy; same was furnished.

Plaintiff has given defendant very detailed, laboriously reconstructed information about his injury and treatment (see opposition to MSJ), but now needs the above precisely identified documents in order to complete his testimony. However, defendant has chosen, for somewhat strained, late, reasons to object.

Defendant should now, at this late date, be heard to raise this objection.

Accordingly, this court should compel defendant to produce the records notwithstanding the questions of employer and vessel ownership.

                                                Respectfully submitted,
/s/ J Courtney Wilson
J Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
(T)504/832-0585
(F) 504/846-2400
E/m cwilson@courtlaw.net