UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM                          CIVIL ACTION NO. 10-1952

v.

CHET MORRISON BUILDING                  JUDGE: ZAINEY
CONSTRUCTION, LLC                       Magistrate Judge: Knowles

## **O R D E R**

    IT IS ORDERED that defendant produce the records requested in plaintiff's discovery of July 7, 2011 and substitute the correct defendant on or before the \_\_\_\_day of October, 2011, all before deposing plaintiff.

    New Orleans, La., this _____day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE