```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WESLEY BICKHAM | CIVIL ACTION |
| VERSUS | NO: 10-1952 |
| CHET MORRISON BUILDING CONSTRUCTION, LLC | SECTION: "A" (3) |

**MINUTE ENTRY (JS-10: <u>10</u>)**

    On Thursday, December 8, 2011, the Court held a status conference with the following counsel in attendance: J. Courtney Wilson for Plaintiff; Robert Reich for Defendant. The Court set the conference in light of Plaintiff's Motion for Status Conference (Rec. Doc. 43).

    At the conference counsel apprised the Court as to the status of the case. The Court DENIED the Motion to Dismiss (Rec. Doc. 46). The Court will extend discovery deadlines, and continue the February trial date. Plaintiff will also be allowed to amend his complaint to add an unseaworthiness claim, subject to Defendant's right to move to strike the claim if it is time barred.

    Accordingly;

    **IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. 46)** filed by Defendant is **DENIED**;

1

**IT IS FURTHER ORDERED** that a follow-up status conference is **SET** for <u>**Thursday, February 9, 2012, at 10:45 a.m.**</u> <u>This status conference will take place in chambers.</u> New pre-trial deadlines and a new trial date will be set at the conference;

**IT IS FURTHER ORDERED** that the pre-trial conference set for <u>**January 19, 2012**</u>, is **CANCELLED**.

* * * * * * * *

*[signature: Jay C. Zainey]*