UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM					CIVIL ACTION NO. 10-1952

v.

CHET MORRISON OFFSHORE			JUDGE: ZAINEY
              LLC				Magistrate Judge: Knowles

# FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

## Jurisdiction and venue

1. Jurisdiction for this action is based on the General Maritime Law for maintenance and cure, unseaworthiness, and Jones Act negligence.

## Parties

2. Plaintiff, Wesley Bickham, from 2004 to July 25, 2008 was a Jones Act seaman in the employ of defendant aboard the *Stephanie Morrison* (vessel) owned by defendant.  He service began in at least June 2006 and continued to July 25, 2008.

2a. Substituted for the original defendant, Chet Morrison Building Construction, LLC, is Chet Morrison Offshore, LLC a Louisiana corporation also with its principal place of business at 9 Dularge Rd, Houma, La 70363.

## Count 1-Maintenance and cure

3. As a result of his continuous service on board the *Stephanie Morrison*, plaintiff has suffered torn cartilage in both his knees which has rendered him unable to work without substantial pain as a seaman and will require surgery, and other medical care and treatment.

4. Accordingly, he is entitled to maintenance and cure benefits from the date of his last service until such time as he achieves maximum medical improvement.

## Count 2- Unseaworthiness

5.       All the above is repeated as though copied here.

6.       The injury to plaintiff's knees was caused by a defective condition in the vessel in that it was top heavy such that it was not reasonably fit and safe for the purpose for which it was to be used.

7.       The injury to plaintiff's knees was proximately caused by the top heaviness of the vessel that caused it to roll more than was normal.

### Count 3-Jones Act count

8.       All the above is repeated as though copied here.

9.       This count is brought under 48 USC sec 688.

10.     Defendant is liable to plaintiff because it failed to exercise care to provide a reasonably safe place to work in that the vessel was top heavy.

### Relief sought

11.     Plaintiff seeks all legal and equitable relief and costs and where applicable trial by jury.

                                      Respectfully submitted,
                                      /s/ J Courtney Wilson
                                      J Courtney Wilson 13561
                                      1510 Veterans Blvd
                                      Metairie, La 70005
                                      (T)504/832-0585
                                      (F) 504/846-2400
                                      E/m cwilson@courtlaw.net