```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WESLEY BICKHAM | CIVIL ACTION |
| VERSUS | NO: 10-1952 |
| CHET MORRISON BUILDING CONSTRUCTION, LLC | SECTION: "A" (3) |

### MINUTE ENTRY (JS-10: <u>20</u>)

On Thursday, February 9, 2012, the Court held a status conference with the following counsel in attendance:  J. Courtney Wilson for Plaintiff; Robert Reich for Defendant.  The Court set the conference as a follow-up to the conference held on December 8, 2011.

Plaintiff has now amended his complaint.  The Court set the following deadlines.  Counsel will work together to agree on all other deadlines.

Accordingly;

**IT IS ORDERED** that the 3 day jury trial in this matter is **SET** for **Tuesday, November 13, 2012, at 8:30 a.m.**;

**IT IS FURTHER ORDERED** that the pre-trial conference is **SET** for **Wednesday, October 31, 2012, at 10:45 a.m.** IN CHAMBERS. Counsel shall prepare in accordance with the previously-issued pre-trial notice;

1

**IT IS FURTHER ORDERED** that all dispositive motions shall be timely filed under the Local Rules so as to permit submission to the Court no later than **July 18, 2012**;

**IT IS FURTHER ORDERED** that Plaintiff shall produce his *non-medical* expert reports to Defendant by **May 11, 2012**, and those experts shall be deposed by **May 31, 2012**;

**IT IS FURTHER ORDERED** that Defendant shall produce its *non-medical* expert reports to Plaintiff by **June 15, 2012**, and those experts shall be deposed by **June 29, 2012**;

**IT IS FURTHER ORDERED** that counsel for the parties immediately contact the assigned magistrate judge for the scheduling of a settlement conference, said conference to take place no later than **August 31, 2012**.

* * * * * * * *

*[signature]*