UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY BICKHAM | CIVIL ACTION NO. 10-1952 |
| v. | |
| CHET MORRISON OFFSHORE LLC | JUDGE: ZAINEY<br>Magistrate Judge: Knowles |

### MOTION FOR EXPEDITED HEARING

Plaintiff moves for expedited hearing/submission of his motion to modify Minute Entry (JS-10:20) for the reasons in the attached.

> Respectfully submitted,
> /s/ J Courtney Wilson
> J Courtney Wilson 13561
> 1510 Veterans Blvd
> Metairie, La 70005
> (T)504/832-0585
> (F) 504/846-2400
> E/m cwilson@courtlaw.net

Certificate
   I certify that I have this filed this motion via ECF which automatically serves opposing counsel.

   4/7/12                                              /s/ J Courtney Wilson