UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM					CIVIL ACTION NO. 10-1952

v.

CHET MORRISON OFFSHORE			JUDGE: ZAINEY
            LLC					Magistrate Judge: Knowles

**O R D E R**

IT IS ORDERED that plaintiff be granted an expedited hearing on his motion to modify Minute Entry.  Defendant's opposition shall be filed by 3:00 p.m. on Thursday, April 12, 2012, at which time the motion will be submitted on the briefs.

New Orleans, La., this __9th__ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE