```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM                              CIVIL ACTION

VERSUS                                      NO: 10-1952

CHET MORRISON BUILDING                      SECTION: "A" (3)
CONSTRUCTION, LLC
```

## ORDER

**IT IS ORDERED** that oral argument on Defendant's **Motion for Partial Summary Judgment (Rec. Doc. 64)** and Plaintiff's **Motion to Extend Non-Medical Expert Report Deadline (Rec. Doc. 72)** is **SET** for **Wednesday, June 13, 2012, at 10:00 a.m.**  The **May 29, 2012**, due date for opposition memoranda remains unchanged.  A reply, if any, shall be filed no later than **Friday, June 1, 2012**, and shall not exceed five (5) pages in length.

* * * * * * *