MINUTE ENTRY
ZAINEY, J.
JUNE 13, 2012

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

WESLEY BICKHAM                                    CIVIL ACTION

VERSUS                                           NO: 10-1952

CHET MORRISON BUILDING                            SECTION: "A"
CONSTRUCTION, et al

#### CIVIL MOTIONS

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
LAW CLERK: Pam Starns

APPEARANCES:      J. Courtney Wilson, Counsel for plaintiff
                  Robert Reich, Counsel for defendant

**(#64) Defendant's Motion for Partial Summary Judgment**; Argument; Denied.

**(#72) Plaintiff's Motion to Extend Expert Report Deadline;** Granted; Written reports of experts who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant no later than **June 30, 2012.**   Written reports of experts who may be witnesses for Defendant shall be obtained and delivered to counsel for Plaintiff no later than **July 31, 2012.**

Court adjourned 10:45 a.m.

JS-10:  0:30