UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WESLEY BICKHAM** | * | CIVIL ACTION NO. 10-1952 |
| | * | |
| **VERSUS** | * | DIVISION "A" |
| | * | JUDGE JAY A. ZAINEY |
| **CHET MORRISON** | * | |
| **OFFSHORE, LLC** | * | SECTION (3) |
| | * | MAGISTRAGE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the foregoing Motion to Re-Set Pre-Trial Conference,

**IT IS HEREBY ORDERED** that the Pre-Trial Conference currently set for October 31, 2012 at 10:45 a.m. is continued, to **Thursday, November 1, 2012, at 10:30 a.m.** in chambers.

New Orleans, Louisiana this __21st__ day of ____September____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE
JAY A. ZAINEY