**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **WESLEY BICKHAM** | * | **CIVIL ACTION NO. 10-1952** |
| | * | |
| **VERSUS** | * | **DIVISION "A"** |
| | * | **JUDGE JAY A. ZAINEY** |
| **CHET MORRISON** | * | |
| **OFFSHORE, LLC** | * | **SECTION (3)** |
| | * | **MAGISTRAGE JUDGE** |
| | * | **DANIEL E. KNOWLES, III** |
| * * * * * * | * | |

## ORDER

Considering the above and foregoing;

**IT IS ORDERED ADJUDGED AND DECREED** that Christy L. Johnson (#32877) be

and is hereby substituted as counsel of record for defendant, Chet Morrison Offshore, LLC, in

place of Robert B. Acomb, III (#02303) who is no longer with this firm,

NEW ORLEANS, LOUISIANA, this <u>2nd</u> day of <u>October</u>, <u>2012</u>.

_____
JUDGE JAY A. ZAINEY