UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WESLEY BICKHAM** | * | **CIVIL ACTION NO. 10-1952** |
| | * | |
| **VERSUS** | * | **DIVISION "A"** |
| | * | **JUDGE JAY A. ZAINEY** |
| **CHET MORRISON** | * | |
| **OFFSHORE, LLC** | * | **SECTION (3)** |
| | * | **MAGISTRAGE JUDGE** |
| | * | **DANIEL E. KNOWLES, III** |

\* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing;

**IT IS ORDERED ADJUDGED AND DECREED** that Christy L. Johnson (#32877) be and is hereby substituted as counsel of record for defendant, Chet Morrison Offshore, LLC, in place of Sherri L. Hutton (#28369) who is no longer with this firm,

NEW ORLEANS, LOUISIANA, this 2nd day of October, 2012.

_____
JUDGE JAY A. ZAINEY